Helen Katherine GUYTON, Appellant,

v.

The STATE of Texas, Appellee.

No. 28567.

Court of Criminal Appeals of Texas.

Nov. 7, 1956.

Helen Katherine GUYTON, Appellant,

v.

The STATE of Texas, Appellee.

No. 28568.

Court of Criminal Appeals of Texas.

Nov. 7, 1956.

No attorney for appellant of record on appeal.

Henry Wade, Criminal Dist. Atty., Thomas B. Thorpe, Asst. Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is felony theft; the punishment, assessed by the court on a plea of guilty, four years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

No attorney for appellant of record on appeal.

Henry Wade, Criminal Dist. Atty., Thomas B. Thorpe, Asst. Criminal Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is a violation of Article 725 b, Vernon's Ann.P.C., which denounces the possession of paraphernalia for using narcotic drugs; the punishment, 4 years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.